MURRY NELSON

*v.*

THE CHICAGO TITLE AND TRUST COMPANY, Receiver, *et al.*

*Opinion filed October 23, 1907—Rehearing denied Dec. 6, 1907.*

This case is controlled by the decision in *Gillett* v. *Chicago Title and Trust Co.* (*ante,* p. 373.)

APPEAL from the Appellate Court for the First District;— heard in that court on appeal from the Circuit Court of Cook county; the Hon. M. F. TULEY, Judge, presiding.

MURRY NELSON, JR., and SAM'L ADAMS, for appellant.

SCOTT, BANCROFT & STEPHENS, HERRICK, ALLEN, BOY- ESEN & MARTIN, E. R. BLISS, and HORACE K. TENNEY, for appellees.

Per CURIAM: Appellant, in the circuit court of Cook county, was one of the defendants to a bill in chancery filed in that court by the Buda Foundry and Manufacturing Company against the Columbian Celebration Company and others. In the circuit court a decree passed against him. He appealed to the Appellate Court for the First District, where the decree of the circuit court was affirmed, and he now prosecutes a further appeal to this court.

The decree of the circuit court which is thus brought before us was reviewed by this court in the case of *Gillett* v. *Chicago Title and Trust Co.* (*ante,* p. 373.) Charles W. Gillett's testate was a co-defendant with Nelson in the circuit court. All objections here presented by appellant which relate to that decree were disposed of adversely to his contentions in the *Gillett case.* It is unnecessary to repeat what was there said.

The judgment of the Appellate Court will be affirmed.

*Judgment affirmed.*